■ NANCY SZYMKOWIAK, Plaintiff, v DORITEX CORP., Defendant/Third-Party Plaintiff-Respondent. AMERICAN HOMEPATIENT, Third-Party Defendant-Appellant. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered April 30, 2009 in a personal injury action. The order, among other things, denied third-party defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.